1 ADAM PAUL LAXALT
   Attorney General
2 SIMBA MUZOREWA (Bar No. 14097)
   Deputy Attorney General
3 State of Nevada
   Office of the Attorney General
4 555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5 (702) 486-3267 (phone)
   (702) 486-3773 (fax)
6 Email: smuzorewa@ag.nv.gov

7 *Attorneys for Defendant State of Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICKIE L. DURAN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, et al.,<br><br>　　　Defendants. | Case No. 2:17-cv-02903-APG-CWH<br><br>**STIPULATION AND ORDER FOR ENLARGEMENT OF TIME** |

Defendant, the State of Nevada, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Simba M. Muzorewa, Jr., Deputy Attorney General, and Vickie Duran, Plaintiff in pro se, hereby stipulate and agree to a two-week extension of time, up to and including January 3, 2017 for Defendant State of Nevada to respond to Plaintiff's Complaint (ECF No. 1) which was filed on November 20, 2017. The current deadline for the Answer/responsive pleading is December 19, 2017.

///

///

///

///

The parties agree that the Plaintiff and Defendants shall not be prejudiced by said enlargement of time and will facilitate in good faith in this matter.

Dated this 19th day of December, 2017.   Dated this 19th day of December, 2017.

By:   /s/ Vickie L. Duran                         By:  /s/  Simba Muzorewa
     VICKIE DURAN                                SIMBA MUZOREWA (Bar No. 14097)
     *Plaintiff, Pro Se*                             Deputy Attorney General
                                                   *Attorneys for Defendant State of Nevada*

## **ORDER**

Pursuant to the above stipulation, it is hereby ordered that Defendant's Answer or responsive pleading shall be due no later than **January, 3, 2017**.

DATED: December 21, 2017

_____
UNITED STATES MAGISTRATE JUDGE