# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAFAEL M. RAMOS, | Case No. 2:18-cv-00711-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 17) |
| SELECT PORTFOLIO SERVICING, LLC, et al., | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant Trans Union, LLC's notice of settlement. Docket No. 17. The Court **ORDERS** these parties to file a stipulation of dismissal no later than August 6, 2018.

IT IS SO ORDERED.

DATED: June 7, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge